UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                  Case No. 21-mj-218

FELICIA KONOLD

### **ENTRY OF APPEARANCE FOR DEFENDANT FELICIA KONOLD**

To the Clerk of the Court:

      Please enter my appearance as appointed counsel in this case effective February 26, 2021.

                                 Respectfully submitted,

                                 /s/ Richard S. Stern

                                 _____

                                 RICHARD S. STERN
                                 D.C. Bar No. 205377
                                 932 Hungerford Drive #37A
                                 Rockville, MD 20850
                                 301-340-8000
                                 Email:  rssjrg@rcn.com
                                 Attorney for Ms. Konold

### **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have electronically served all counsel of record on February 27, 2021.

                                 /s/ Richard S. Stern

                                 _____

                                 RICHARD S. STERN