# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORY KONOLD,<br><br>FELICIA KONOLD<br><br>               Defendant. | Case No.: 1:21-cr-00160-003 &004 (TJK)<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT ATTENDENCE AT PASSOVER SEDER** |

      COMES NOW, Felecia and Cory Konold, through counsel, to respectfully request leave of this honorable court to permit the defendants to jointly attend Passover seder with their family.  As grounds for this motion counsel would state:

      1.  The defendants are on release and under the supervision of the Pretrial Services Agency for the District of Arizona.

      2.  A condition of their release bars contact "directly or indirectly" with their co-defendants, including each other.

      3.  The defendants are Jewish and wish to celebrate Passover with a sedar on Sunday March 28, 2021, between 4:00 and 7:30 p.m. at the home of their grandparents Maryland and Ron Evans ▮▮▮▮ E. 30th Street, Tucson, Arizona.

Joseph Conte

| | | |
|---|---|---|
| *United States v. Konold*<br>Case #1:21-cr-00160<br>Page No. 1<br><br>MODIFY RELEASE COND 21/03/23<br>15:48:35 | | Joseph R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |

4. Although the defendants will be in direct contact there will be no discussions concerning the case.

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Cory Konold
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax:        202.628.0249
E-mail:    dcgunlaw@gmail.com



    /s/  *Richard S. Stern*
Richard S. Stern, Esquire
Counsel for Felicia Konold
Law Office of Richard S. Stern
932 Hungerford Drive Suite 37A
Rockville, MD 20850

Joseph Conte

| *United States v. Konold*<br>Case #1:21-cr-00160<br>Page No. 2<br><br>MODIFY RELEASE COND 21/03/23<br>15:48:35 | | Joseph R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |
|---|---|---|