UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00160-003 &004 (TJK) |
| v. | **ORDER** |
| CORY KONOLD, | |
| FELICIA KONOLD | |
| Defendant. | |

This matter is before the Court on the defendants' unopposed motion to amend conditions of release to permit them to attend Passover seder and the court, having considered the motion, and the record in the case it is this _____ day of _____ 2021,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the defendants are granted leave to attend the Passover seder at the home of their grandparents between the hours of 4:00 and 7:30 p.m. on Sunday, March 28, 2021

**SO ORDERED.**

_____
Timothy J. Kelly
United States District Judge