**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Case No. 21-cr-160** |
| **v.** : | |
| : | |
| **KUEHNE ET AL.** : | |

**GOVERNMENT RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Pursuant to the Court's March 23, 2021 Minute Order regarding Defendant Felicia Konold and Defendant Cory Konold's Motion to Modify Conditions of release (ECF No. 49), the government now responds. The government through undersigned counsel has spoken with both counsel for Ms. Konold and counsel for Mr. Konold and has no objection to this very limited modification of their respective terms of release. The government therefore takes no issue with both defendants attending the same Passover seder at the date, time, and location listed in the motion. However, the government would like to make the record clear, that the conditions of release, including the non-contact provision, should be followed leading up to this event and immediately after this event until further direction from the Court.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Christopher A. Berridge*
Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6685
Christopher.Berridge@usdoj.gov