AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**FELICIA KONOLD** | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00218
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/10/2021
Description: COMPLAINT W/ARREST WARRANT

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **FELICIA KONOLD**                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  See attached affidavit, which is incorporated herein by reference.


                                                                        2021.02.10
                                                                        15:35:24 -05'00'

Date:    02/10/2021                                          _____
                                                                   *Issuing officer's signature*

City and state:    Washington, D.C.                     Zia M. Faruqui , United States Magistrate Judge
                                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)*  2/10/2021 , and the person was arrested on *(date)*  2/11/2021
at *(city and state)*  MARANA, AZ

Date:  2/11/2021                                              _____
                                                                   *Arresting officer's signature*

                                                              Zyan T. Uller / Special Agent (FBI)
                                                                   *Printed name and title*