## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 1:21-cr-00160-TJK-3 |
| ) | |
| FELICIA KONOLD, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW Albert S. Watkins and enters his appearance on behalf of Defendant Felicia Konold in connection with the above-styled cause of action.

KODNER WATKINS, LC

By: /s/ Albert S. Watkins
ALBERT S. WATKINS, LC DC#399625
7733 Forsyth Boulevard, Suite 600
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net

### CERTIFICATE OF SERVICE

Signature above is also certification that on April 23, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.