# J. Thad Decker, M.D., FACOG

OBSTETRICS & GYNECOLOGY
6567 E. Carondelet, Suite 455
Tucson, AZ 85710
Phone: 520-886-6486   Fax: 520-296-4132

September 20, 2021

To Whom It May Concern,

Felicia Konold, dob 02/25/1994, is a pregnant patient under my care with an estimated due date of 11/07/2021. Based on Felicia's history of preterm delivery and the fact that delivery of any pregnancy is spontaneous, she can potentially deliver from now until 41 weeks gestation. If she has a vaginal delivery her recovery will be 6 weeks and a c-section delivery will require 8 weeks recovery. Please contact my office if you have any further questions.

Sincerely,

J. Thad Decker, MD