# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 1:21-cr-160 |
| ) | |
| Felicia Konold, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Albert S. Watkins, Alyssa M. Cross and enters her appearance on behalf of Defendant Felicia Konold in connection with the above-styled cause of action.

KODNER WATKINS, LC


By:  /s/ Alyssa M. Cross
ALBERT S. WATKINS, LC DC#399625
ALYSSA M. CROSS, ESQ. DC#1708519
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
across@kwklaw.net

## CERTIFICATE OF SERVICE

Signature above is also certification that on October 4TH, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.

1