**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 21-cr-160-3 (TJK) |
| v. : | |
| : | |
| FELICIA KONOLD : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

Per the Court's instruction at the October 1, 2021 status hearing in this case, the government has considered Defendant Felicia Konold's most recent Motion to Modify Conditions of Release (ECF No. 100). Given the representations in the motion, including by the defendant's physician, the government has no objection to this limited modification to the conditions which were previously modified pursuant to the Court's September 17, 2021 Minute Order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  */s/ Christopher A. Berridge*
Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6685
Christopher.Berridge@usdoj.gov

1