AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-160 |
| Felicia Konold | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Felicia Konold                                                                                                                              .

Date:    12/03/2021                                              /s/ Nicholas D. Smith
                                                                           *Attorney's signature*

                                                                           Nicholas D. Smith D.C. No. 1029802
                                                                           *Printed name and bar number*
                                                                           7 East 20th Street, Suite 4R
                                                                           New York, NY 10003

                                                                           *Address*

                                                                           nds@davidbsmithpllc.com
                                                                           *E-mail address*

                                                                           (917) 902-3869
                                                                           *Telephone number*

                                                                           *FAX number*