## IN THE CIRCUIT COURT OF MADISON COUNTY
## STATE OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.:   1:21-cr-160 |
| v. ) | |
| ) | |
| FELICIA KONOLD, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| CORY KONOLD, ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS CORY KONOLD AND FELICIA KONOLD**

COMES NOW Albert S. Watkins, Alyssa Cross and the law firm of Watkins, LLC, dba Kodner Watkins, and, for their Motion for Leave to Withdraw as Counsel for Defendants Cory Konold and Felicia Konold, states to the Court as follows:

1. Defendants Felicia Konold and Cory Konold have confirmed with the undersigned their engagement of new legal counsel, Nicholas Smith, Esq., to represent them going forward herein.
2. The undersigned has confirmed with Defendants Konold the termination of the status of the undersigned, its associate counsel and their firm, as counsel for the Defendants Konold.
3. Successor counsel has recently entered herein as counsel for the Defendants Konold.

WHEREFORE, Albert S. Watkins, Alysia Cross and the law firm of Watkins, LLC dba Kodner Watkins, request leave of Court to withdraw as counsel of record herein for Defendant Cory Konold and Defendant Felicia Konold.

KODNER WATKINS, LC

By: _/s/ Albert S. Watkins_
ALBERT S. WATKINS, LC, #399625
Attorney for Defendants
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 727-9111
(314) 727-9110 Facsimile
E-Mail:albertswatkins@kwklaw.net

By:   */s/ Alyssa M. Cross*
ALYSSA M. CROSS, ESQ. DC#1708519
Attorney for Defendants
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
across@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that a true and correct copy of the above and foregoing document has been electronically issued via the Court's electronic filing service this 3rd day of December, 2021.

So Ordered:

By_____