Rubbed sage, thyme, Parsley,
Cinnamon, Chili Powder,
Red pepper flakes, Tumerick,
Savory, Onion Powder
Chopped Veggies -
Red, Orange, Green bell peppers
Roasted small red potatoes
Green chilis, and a little
tiny bit of Habanero peppers
finely chopped raddishes &
Green Zuchinni & yellow
Green Onion
  Canned - corn unsalted low
Sodium -:)

3 days to make!
3 days to EAT!
  my 3 Day chili
    AKA°° 3x3

---

I Dul like
the most basic construct

We do need nature
in order to survive
Nature doesn't need
us.

21 Chuck miller 1968

21 Stanley    Nov. 1969

~~#970~~

- Bear Spray    - Walkie Talkie
- First Aid
 quick clot + Gauze + Vetwrap + Israli wrap ACE 4
 + Stop bleed x 4? + KAT x 2 + Vasoline
 + Tylenol    + Advil

I understand what the deep state is trying to do to humanity.

And i truely do feel like it is my life mission to stop them, to protect every human born on Earth's birthright... It is a humans birthright to be on this land, to grow nutrishos nutreous food from the Earth, to live their true fufilling life free of these man made diseases, and "Mental illnesses" these are man "deep state" made problems! Genocide!

I do not want to leave my son or my brother its tearing my heart. But i must protect the future.

For all of humanities sake...

This is what my life purpose is, to make sure good Trumps Evil...

I've been missing my life purpose as far back as i can remember.

I have that now...

Friday, January 8th 2021

I need to write as much as i can remember down...

Wednesday, January 6th 2021...

Will go down so in history....

The american people have found out about the deep state and treasonous behavior of their currupt government. And took a fucking stand.

→

We took our capitol back.

The United states took a stand a majority peacefully pushed back 6+ lines of security and persisted through rubber bullets, chemical sprays, baton beating, Physical resistance and doors. And occupied the Capitol building in Washington Since the British. Hundreds of years ago. Corrupt politicians were having a meeting where despite concrete evidence. have IGNORED the U.S. peoples voices.

So the people brought themselves to their house, and took it back.
  Causing the politicians to run so FAST from their seats. They left things behind that will add to their demise & unveil their lies.
  Will write more tomorrow. A week of a lifetimes.

  So. January 20th 2021
11:03 AM. Tucson (picture Rocks) Arizona.

  My heart is so sad today.
  →

YOU @ REALLY D
BASSH

  Despite the unequivical evidence of election fraud.
  Deep state people who are financially compensated and in bed literally with communist countries.
  Have been sworn in to the United States presidency.