Gov. Exs. 2 – 8

Multimedia files submitted via USAFx