January 08, 2024

Dear Judge,

I've known Felicia for some time now. I have seen that she is a great person to her kids, Friends and community. I have not seen anything negative about her, It's been all positive she also has a great positive energy that makes us want to be around her. She has also created a great Homestead to teach her kids and others about healthy eating and she shares her great knowledge to others. The stuff she has gone through she still keeps her head up and well set on her shoulders. Felicia is one of those people that are hard to come by now a days, I can say if I ever needed a hand Felicia would be there to help me with it. She works her butt off and takes care of her children very well and on top of that she has her animals and chores to do at home. I can't say enough positive things about felicia and wish we had more like her in the community. She is the type to check on people to see how they are doing and if anything is needed and also sticks to her self and does not rely on anyone. I can proudly say I consider her a true friend and trustworthy person I can go to for anything.

Thank you Judge for taking the time to read this.

Sincerely

Alexander Calkins

January 1, 2024

Dear Judge,

My name is Andrea, and I'm a wife, and mother to five children. I have devoted my life to raising and educating my children, and to giving back to my community. I am currently a volunteer teacher, a part-time contracted teacher, a writer, and I'm enjoying baking for a new cafe (among other things). I have a lot of experience managing people in different capacities, and it has aided me greatly in hiring skilled and dependable teams. When I meet a particularly kind and hard-working individual, they tend to stand out in my mind. I met Felicia Konold a little over two years ago, and I can say confidently she has made a lasting impression on me.

We built our friendship as our sons would play together (there is almost nothing better than that kind of camaraderie). Felicia is a young mother, but her strength of character and resolve really struck me. She is committed completely to raising her two sons with high moral standards and an incredible work ethic. Not only does she raise them to learn these things, she embodies them. She cares deeply about those around her. I have watched her sacrifice much to learn and advance in a new career, which she is very successful at. At home, she works hard to feed her family nutritious food, even raising and growing some of it herself. I've enjoyed helping her learn to bake bread and swapping recipes.

I am very grateful to have Felicia as a friend, and I hope this has helped shed some light on her personal character which has blessed me tremendously.

Sincerely,

Andrea Walker
643 Taylor Bend
Columbia, TN 38401

Dear Judge

I hope this letter finds you in good health and high spirits. I am writing to express my deepest admiration for a remarkable woman named Felicia whom I have had the pleasure to know and witness her selflessness firsthand.

Felicia is an exceptional individual who has consistently demonstrated her unwavering commitment to serving and supporting those around her, particularly within our community. Along with being a devoted mother to her children, she has always found the time and energy to lend a helping hand to anyone in need. Her compassionate and caring nature shines through in every aspect of her life, making her a valuable asset to our community.

Felicia's dedication to her children is truly commendable. As a mother, she has consistently prioritized their well-being, ensuring their needs are met and fostering an environment of love and support. I have witnessed firsthand the lengths she goes to make them feel secure, loved, and empowered. She is their rock during challenging times and their biggest cheerleader during moments of triumph.

Moreover, Felicia has exhibited an exceptional level of

empathy and understanding, making her a trusted confidant for countless individuals who seek comfort and guidance. Her presence illuminates any room she enters, and her gentle spirit creates a safe space for others to share their joys and sorrows. She possesses a remarkable ability to listen intently and offer sincere advice, providing solace during times of distress to those who feel lost or unsure.

In the many years that I have known Felicia, I have come to deeply appreciate her kind and caring soul. She has an innate ability to sense when someone is in need, and she has consistently demonstrated a willingness to go above and beyond to offer help, support, and encouragement. Her acts of kindness extend well beyond her own family, as she consistently seeks out opportunities to assist those who are less fortunate.

Felicia holds a special place in my heart as a dear friend. Her friendship has been a constant source of comfort and inspiration in my own life. She has taught me the importance of empathy, compassion, and selflessness, values that are often undervalued in today's fast-paced world. Her unwavering support and understanding have made an impact on my life, and I am certain that she has touched countless others in the same profound way.

I sincerely hope you take my words to heart and consider all

the remarkable qualities that make Felicia an exceptional member of our community. Her dedication to her children, unwavering support for others, and the beauty of her kind and caring soul are evident to anyone lucky enough to cross her path. She deserves recognition and appreciation for the positive influence she has had on countless lives and for the incredible person she has been.

Respectfully

Andrew Stevens

To whom it may concern,

I'm writing this letter on behalf of Felicia Konold. I have been associated with Felicia for probably close to seven or eight years. I have conversed with her and talked with her over the years and I have followed her on social media. I have watched her growth as an individual and as a mother. One thing above all else that stands out to me about her is how much of a genuine person she is. She excels as a single mom going above and beyond for her kids to make sure they are taken care of not only physically, but in health and in the mental capacity as well with the time that she spends with them. She does more than just spend time with them. She make sure that she spends quality time with them, teaching them the important things in life and things that will benefit and help their brains develop and become strong independent young people that will inevitably grow up to do great things. She has an incredible work ethic. As a single mother that works full-time in the veterinarian field, and then she comes home and works on her property with her kids. It's a rare thing nowadays. It's rare to find people that put forth the amount of effort to do good and be a wonderful part of the community. It's people like her that hold the values of what this country was built on. Thank god for woman like her!

   Please consider these things and know with confidence the type of person she is when making judgements regarding her.


Sincerely,

 Brian Fisher

Prescott, Az

To whom it may concern,

Dear judge,


My name is Brian Leyda, and I'm writing you on behalf of my friend Felicia Konold. Telling you about my friend is no easy task in itself. As I have never met such a compassionate, motivated, strong willed woman in my life. Felicia has shown over the ten plus years I have known her that she without hesitation does everything in life like it will make a difference to everyone around her. She in passionate in not only her work, but also her day to day life and hobbies. She works at a veterinarian hospital saving animals lives giving families who are in desperate need of something positive that chance at feeling whole once again. She often works longer and harder than asked, always with a smile on her face. Growing up we all wanted to do something with purpose. Something that matters, sometimes that something matters to the people who are directly reflected by those jobs. Like many nurses, doctors, paramedics, firefighters. They are passionate about the outcome of what their job means to them.

The first time I ever met Felicia, my niece was being born. She stood there across from me waiting her turn to hold my niece and welcome her to this beautiful world. The smile on her face said a million things about her love for others and her personality. Most people who probably agree that Felicia cares about everyone else just as much as she does about being the absolute best mother to her children. She wakes up day in and day out with the same amount of hustle, and pride, and determination to make the best life she can for herself and her family.

I am often in awe at how well she carries herself, and how far she has come in these ten years. Her beautiful home, family, and work efforts are just small windows in her life. Everything I have witnessed her accomplish has always been done with one hundred percent of her heart. I have never been so proud to call Felicia my friend. Sometimes when I feel stuck I know that I can look to her to find that extra pep in my step, I can feel a little more motivated to also be a better me.

I hope that this letter helps you remember why you do the things you do. Why you have the friends you have, and why you also wake up every day with the same positive outlook on life. It's often the small things in life that are overlooked keeping us in the dark. I hope that you see that same amount of light through those windows when you see my friend.

Thank you for your time, as it means a lot to me.


Sincerely,

Brian Leyda

Brianne Meza
14197 N Maize Farm Ave
Marana, Az 85658
Briannenmeza@icloud.com
520-313-7277


January 07, 2024


The Honorable Judge Timothy J. Kelly
Re: Felicia Konold
Case # unknown


Dear Judge Timothy J. Kelly


I hope this letter finds you in good health and high spirits. I am writing to provide a character reference for my dear friend, Felicia Konold, who is currently facing legal proceedings.

I have known Felicia Konold for going on 2 years now and have had the pleasure of witnessing her growth, integrity, and dedication over the course of our friendship. Felicia Konold is an exceptional character and would like to offer my perspective on her behalf.

First, I want to emphasize that Felicia Konold is an individual of unwavering moral values and strong ethical principles. She has always demonstrated honesty, sincerity, and a deep sense of responsibility in her personal and professional life. I have never witnessed her engaging in any form of deceit, manipulation, or dishonesty since I have known her. Felicia Konold has always upheld the highest standards of integrity, which I believe is a testament to her character.

Furthermore, Felicia Konold is an incredibly compassionate and empathetic person. She has consistently shown great concern for the well-being and happiness of others, especially her beautiful, well-mannered children. She is an exceptional mother to her two sons, who she is raising on her own, showing them how to be well-mannered, self-sufficient gentlemen. She is raising them right in my eyes. Have witnessed her volunteering her time and resources to help others in need and always demonstrating a genuine desire to make a positive impact on the lives of her children and others around her. Felicia Konold possesses a keen sense of justice and fairness, which guides her actions and decision-making process.

Additionally, Felicia Konold is an exceptional member of her community.  She is actively engaged with helping her fellow neighbors and friends who are in need, and always striving to contribute to the betterment of society. Whether it be doing volunteer photo shoots, helping neighbors with their sick and distressed animals, helping families in need. Felicia Konold has proven repeatedly her dedication to the community that they are a part of.

Felicia Konold is a person of good character who has made a significant positive impact on the lives of those around her. She has been an upstanding citizen who recognizes the importance of abiding by the

law and respecting societal norms since I have known her. I believe that is incident is an anomaly and does not define who she truly is. I am asking that you please do not take this wonderful mother and friend away from her children and the ones she loves and those that love her.


Thank you for your time!


Sincerely,

*Brianne Meza*

Brianne Meza

Earline Medina

1213 West Sandman Dr.

Gilbert, Arizona, 85233

earlinemedina7@gmail.com

909-631-3495


January 7, 2024

Dear Your Honor,

I am writing this letter to wholeheartedly recommend Felicia Konold as an exceptional individual, both personally and professionally. I have had the pleasure of knowing Felicia through our shared involvement in the community, and it is with great enthusiasm that I express my admiration for her outstanding qualities.

First and foremost, Felicia is a remarkable Mother, demonstrating unwavering dedication and love for her family. Her nurturing and supportive nature create a warm and loving environment for her children, fostering their growth and well-being.

In her professional endeavors, Felicia exemplifies a strong work ethic and commitment to excellence. She consistently goes above and beyond expectations, tackling challenges with resilience and determination. Her ability to balance the demands of work while prioritizing her family speaks volumes about her exceptional time management skills and prioritization capabilities. What truly sets Felicia apart is her selflessness and resilience in the face of challenges, showcasing her character as a devoted and caring individual.

Additionally, Felicia has made significant contributions to our community. Whether it be organizing events, volunteering her time, or supporting local initiatives, she is a positive force for change. Her passion for community improvement is evident in her proactive approach and ability to bring people together for a common cause.

In conclusion, considering Felicia's exceptional qualities as a mother, hard worker, and community contributor, I earnestly believe that she should be granted the opportunity to remain at home with her children. Her strong commitment to her family, demonstrated through her unwavering love and support, has undoubtedly created a stable and nurturing environment for her children.

Separating Felicia from her family would only disrupt the positive and loving atmosphere she has worked so hard to cultivate. Allowing her to remain at home would ensure the continued well-being and stability of her children, who greatly benefit from her caring presence.


Sincerely,


Earline Medina

Dear Judge,

I have known Felicia Konold for several years. I can honestly say has been a good and reliable person I can depend on and trust.

I've had the chance to get to know Felicia and can honestly say without a doubt she is a very good person of very good moral character. She is a very hard worker and I do know her priority is being a mom. Felicia works many hours to make sure she provides for her son's.

I can tell Felicia is incredibly remorseful for what she has done. I believe it has reflected by how she has changed since, more focused on work and parental duties. What she did was a mistake but she deserves a second chance and I hope you willing to give her one.

If you have any questions please feel free to contact me.

Edwin morales

520-508-3774

Sincerely,

To whom it may concern,

Dear judge,


My name is Brian Leyda, and I'm writing you on behalf of my friend Felicia Konold. Telling you about my friend is no easy task in itself. As I have never met such a compassionate, motivated, strong willed woman in my life. Felicia has shown over the ten plus years I have known her that she without hesitation does everything in life like it will make a difference to everyone around her. She in passionate in not only her work, but also her day to day life and hobbies. She works at a veterinarian hospital saving animals lives giving families who are in desperate need of something positive that chance at feeling whole once again. She often works longer and harder than asked, always with a smile on her face. Growing up we all wanted to do something with purpose. Something that matters, sometimes that something matters to the people who are directly reflected by those jobs. Like many nurses, doctors, paramedics, firefighters. They are passionate about the outcome of what their job means to them.

The first time I ever met Felicia, my niece was being born. She stood there across from me waiting her turn to hold my niece and welcome her to this beautiful world. The smile on her face said a million things about her love for others and her personality. Most people who probably agree that Felicia cares about everyone else just as much as she does about being the absolute best mother to her children. She wakes up day in and day out with the same amount of hustle, and pride, and determination to make the best life she can for herself and her family.

I am often in awe at how well she carries herself, and how far she has come in these ten years. Her beautiful home, family, and work efforts are just small windows in her life. Everything I have witnessed her accomplish has always been done with one hundred percent of her heart. I have never been so proud to call Felicia my friend. Sometimes when I feel stuck I know that I can look to her to find that extra pep in my step, I can feel a little more motivated to also be a better me.

I hope that this letter helps you remember why you do the things you do. Why you have the friends you have, and why you also wake up every day with the same positive outlook on life. It's often the small things in life that are overlooked keeping us in the dark. I hope that you see that same amount of light through those windows when you see my friend.

Thank you for your time, as it means a lot to me.


Sincerely,

Brian Leyda

January 3, 2024


Dear Judge,

I have known Felicia for many years. Dating back to 2002. My very first friend when I moved across the country. She was the first person to offer me a seat and be my friend. Because of her caring and charismatic personality we have been best friends ever since.

Felicia is one of those people who truly has a heart of gold. Which is a hard come by. Despite many obstacles she has gone through in her life, she always remains positive. She makes working a full schedule and taking care of two boys look easy! Felicia has created the most beautiful homestead for her and her boys. She teaches them things no school could ever teach. Teaches them to love the earth and to explore it. Her job taking care of animals (which she does for work and at home) shows she has an open, compassionate heart who like I said, but deserves to be said again, heart of gold.

She always checks in, checks on the people she cares about, and would be there in a drop of a hat if someone needed. She is completely selfless and I have witnessed her being that way many times over the course of our friendship. She will save a seat for you at thanksgiving and never expect you to bring a dish. She takes care of you; that is what she does and who she is in her heart.


The best friend, mommy, and person I know.


Sincerely,


Jenna Andrade

Hi my name is Jordyn Whipple, I have known Felicia Konold for 6 years now. When I met Felicia she was working at a friends place doing a lot around the property to help our friends out. Felicia is a hard worker and a very dedicated person. She dedicates herself to everything she sets her mind to. Great examples of that are leading a healthy homestead lifestyle, teaching her kids great skills early on to do things for themselves, and putting her all into providing for herself and her kids.

Felicia Konold has helped me out in multiple occasions when I just needed a friend. She is very supportive, kind, and knowledgeable. Felicia  is a great mother to her children and a great owner to her animals.


I am very glad to have Felicia in my life and respect her and her character fully.


Thank you,

Jordyn Whipple

January 8, 2024

Dear Judge,

In the few year I have been an aqvaintance with Felicia she has been a great person. She has children around my childrens age and has been helful with great parenting advice on how to overcome certain straggles. Felicia shares common intrest in certain lifestyle choices in which she is very knowledgable in. She has helped with information on "homesteading" and being able to cook from scratch. As someone who has hungry kids this is extremely helpful. Felicia is a friendly person all around. For a busy mom with work and kids she is available and kindhearted to talk with. Felicia makes for your outstanding US citizens dream. Felicia is easy to talk to, smart friendly, and makes a great mother to her children. Felicia is a woman that anyone could use around.



Justin M

Dear Judge,

I have known Felicia for most of my life going back to 2007. She is the most genuine person I know. She would always see the best in people, whether she knew them or not. Felicia would be friends with anyone and treats everyone with the utmost respect.

Felicia has a heart of gold and is willing to help anyone who needs it. No matter the struggles and everything she has been through she has never given up and is always strong with the most positive attitude. She not only works full time, she has also made her own homestead for her and her two children all at the same time. Teaches them how to treat people and also how to take care and better the earth around them. Her work consists of taking care of all animals including her own animals at home.

Like I said before, no matter what she is dealing with or doing, if someone asks for her help she will stop everything and help them no matter how long it could take her. Felicia is the most selfless and caring person I have ever known. I continuously see it every day from when we first met to this day and many more days to come. She will never give up on you and always be there for her friends and strangers with all of her heart and will check in on the people she cares about and make sure they are doing well.

The best person I have known.

Sincerely,

Mario Pedraza

Dear Judge,

We are writing to you about Felicia Konold, who is appearing before you in court. We are writing to you about her character.  Felicia is our neighbor, we met her in 2020 while my husband and I were out feeding our animals, she introduced herself and sparked a conversation with us.

While talking with her she mentioned that she works as a Vet tech and if we ever needed any help with our animals, she would be happy to help us. We have had to call her many times since then, and of all the times we have had to call her and sometimes in the middle of the night, she has never been unkind, complained or not answered our calls.  She always comes over and has been compassionate, and empathetic, especially when our animals had to be put down.

We have had Felicia and her children at our house for cookouts and she has always been impressively attentive with them.  I have seen Felicia work all night, go home and still stay up for several hours after so she can spend time with her sons, and she does it with a smile on her face and a positive attitude. When I asked her if she was exhausted, she answered" yes, but I only get my kids for a little while before they are all grown up and I want to make sure they know they are loved and I did my best, I don't want them stuck in front of a TV or at the babysitters all day." Felicia is a very good mom; I think you would be hard pressed to find someone to say otherwise.

I am hoping that in writing this letter it will help you to understand felicias character a little better. I am also hoping that you will see that if she is given a long sentence, it will not only have a negative effect on her children, but her neighbors and community alike.

Felicia has consistently displayed a good work ethic, she has always been kind, compassionate, empathetic, and of good moral character.  I feel very fortunate to have her as my neighbor and friend.

Melissa Gutierrez RN

Gilbert Gutierrez

Dear Judge,

My name is Steven Wannebo and I am writing to help shed some light on the character of Felicia Konold. I have had the good fortunate to be able to count Felicia among my friends since 2019. Early on we connected deeply as friends because of our mutual belief in helping others. I even made the joke that we could call ourselves the deedly duo, which she responded with something along the lines of we must do at least one good deed a day.

In the time I have known Felicia, I have seen how she works, how she parents, and how she cares for others. She supports any local companies she can as often as she can. She connects with people in the community. She parents with patience and wisdom, teaching respect and work ethic. She is the first person to step up to help a neighbor, a friend, or even a stranger.

Felicia works at Veterinary Specialty Center Tucson saving peoples beloved animals and helped them open a new location. She took care of a longtime family friend, Mikey, that ended up homeless, many times. She helped care for her super kind Aunt Elaine for the last handful of years of her life. On any given day she is helping someone in some way, shape, or form.

Many times over the years she fed myself and my children with homemade food if she had enough to spare. When my dog got hit by a car and I couldn't leave work to do anything about it she came over to check him out for me and tell me what was needed to care for his injuries until I could get him into a vet, even though she herself was sick and had her youngest son on her hip.

The lack of her presence would be felt deeply in the Tucson veterinary world, the community of picture rocks, the neighborhood, the homes of many friends, and of course in her own home with her wonderful, respectful children. I hope that my letter, as well as any others that have been written, are taken into consideration when drawing an opinion on who Felicia is.

Thank you for your time in reading this.


Sincerely,


Steven Wannebo

Dear Judge,

My name is Tonisha, I have known Felicia since middle school. However, we became really close friends in 2015. In 2017 I was pregnant and at 7 months I found out I was having a still born. Felicia stayed by my side for 48 hours stright as I gave birth to my still born and helped me through my emotionally tramatic labor. Every day after, for a week, she stayed with me to help me through my grief and healing. Shortly after we became roommates in 2018 and that's when I found out my grandmother was dying from cancer. I was her life line, and as I cared for my grandmother through her journey to death (final days) Felicia was the one by my side through it all.

One amazing thing about us and our journey of friendship is that we were pregnant at the same and very quickly found out that our children were just only 3 days apart! Sharing that jounrney with her was such a great experience. We were there for each other the whole time. Even when I couldn't produce milk for my newborn daughter, Felicia pumped several gallons of breastmilk for me to provide for my daughter that I unfortuntley couldn't! She also donated to babies in the NICU that was in need of breastmilk.    A few months goes by after having my daughter, it's 2021, and it was time for me to get back to work. Felica was the only one I trusted to watch my daughter!

Over the years I've watched her grow and transfer into this amazing mom and human being. She not only cares for people and children. She works as hard if not more to volunteer her time to also care for sick and dying animals wherever it's needed. She works 2 jobs with emergency vet clinics and she is constantly helping people and animals in the community. Felicia would give the shirt off her back to help someone in need.

I really hope what I've said about Felicia has given you even just a little bit of what I and a lot of others see as a human being and a contributor to our community and just a genuine and kind person to our society.


Sincerely,

Tonisha Lundeen

Felicia Konold has many talents and wisdom to share with others. As time has gone by I have been inspired by Felicia Konold perseverance to overcome her challenges while being a single mother. There is nothing in the world that will stop Felicia Konold to provide and protect her children. Her children mean the world. Her children are her pride and joy. Her children are truly blessed to have Felicia Konold as their mother. Felicia Konold children learn how to be loving, respectful and hard working as their mother.

I have been truly honored to know Felicia Konold as a good friend. I have tremendous respect and admiration for Felicia Konold.

Thank you,

Virginia Del Villar
January 5, 2023

Dear Judge,

This letter is in regards to Ms. Felicia Konold, who shall be  appearing before you in a court of law.

I am writing to you on behalf of her character, and will provide you with details on her upstanding nature in our local community.

 As a friend I have known Ms. Konold 11+ years and she has always been kind compassionate and helpful in all aspects of our relationship. From helping with my children when I didn't have a sitter, to trying to save my farm animals lives when they were on their death bed, she always showed up when possible to do her very best to give her all in every situation.

As a mother she goes the distance most wish they could provide. She works long hrs in a vet hospital and doesn't skip a beat when it comes to their health and well being. She provides them with all essentials and goes above and beyond to teach them things most school kids will never know. From gardening to taking care of chickens horses and other livestock animals for self preservation. A mother with this type of love and care is one I feel is hard to come by in today's word. She is super mom to say the least.

To the community she is irreplaceable as she helps any neighbor near or far without question and would take the shirt off her back to help another human in need. I'm certain that when and if I needed help with something she would be a call I could count on to be there in a moments notice.

It is my understanding that this letter is to show you that Felicia is by far one of our most beloved community members and an extensive sentence would not only disrupt her children's lives but those of the community around her lives as well. Your gracious leniency would benefit many and will be appreciated with the utmost respect.

Thank you for Reading my letter,

Wesley Thomas

Manager / Lucid Entertainment

4808285151