UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:21-cr-160-3, -4 (TJK) |
| FELICIA KONOLD and CORY KONOLD, | |
| Defendants. | |

# GOVERNMENT'S RESPONSE TO FELICIA KONOLD'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendants' sentencing memoranda [ECF 241 and 242].

The government will fully address the § 3553(a) factors during the sentencing hearing scheduled for January 24, 2024. This Response Brief is for the limited purpose of addressing the defendants' assertion that their cases are different from "most other January 6 cases involving" a charge of 18 U.S.C. § 231(a)(3) because they "did not engage in an act of violence against law enforcement officers." *E.g.*, ECF 242 at 5. Nearly all of the § 231 cases cited in support of this claim, however, also involved a separate charge of assaulting, resisting, or impeding a law enforcement officer in violation of 18 U.S.C. § 111(a)(1) or another violent offense:

| Defendant | Case No. | Violent Offense Charged (18 U.S.C.) |
|---|---|---|
| Adams, Daniel | 21-cr-84 | § 111(a)(1) |
| Alam, Zachary | 21-cr-190 | § 111(a)(1); § 111(a)(1) and (b); § 1361 |
| Antonio, Anthony | 21-cr-497 | § 1361 |
| Ballard, Thomas | 21-cr-553 | § 111(a)(1); § 111(a)(1) and (b) |
| Bingham, Brian | 22-cr-92 | § 111(a)(1) |

1

| | | |
|---|---|---|
| Brock, Michael | 21-cr-500 | § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Brockhoff, Nicholas | 21-cr-524 | § 111(a)(1) and (b): § 111(a)(1) and (b) |
| Brown, Jeffrey | 21-cr-178 | § 111(a)(1) and (b) |
| Brown, Trevor | 22-cr-170 | None |
| Buteau, Jamie | 21-cr-489 | § 111(a)(1) |
| Byerly, Alan | 21-cr-527 | § 111(a)(1) and (b); § 113(a)(4); § 113(a)(5) |
| Caldwell, Daniel | 21-cr-181 | § 111(a)(1) and (b) |
| Chrestman, William | 21-cr-160 | § 115(a)(1)(B) |
| Cua, Bruno | 21-cr-107 | § 111(a)(1) |
| Coffee, Luke | 21-cr-327 | § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Copeland, Landon | 21-cr-570 | § 111(a)(1) and (b); § 111(a)(1); § 111(a)(1) and (b) |
| Council, Matthew | 21-cr-207 | § 111(a)(1) |
| Dasilva, Matthew | 21-cr-564 | § 111(a)(1) |
| Davis, James | 21-cr-595 | None |
| DeGrave, Nathaniel | 21-cr-90 | § 111(a)(1) |
| Egtvedt, Daniel | 21-cr-177 | § 111(a)(1); § 111(a)(1) |
| Fairlamb, Scott | 21-cr-120 | § 111(a)(1) |
| Fitzsimons, Kyle | 21-cr-158 | § 111(a)(1) and (b); § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Foy, Michael | 21-cr-108 | § 111(a)(1) and (b) |
| Galetto, Kevin | 21-cr-517 | § 111(a)(1) |
| Hayah, Uliyahu | 21-cr-565 | § 111(a)(1) |
| Jenkins, Shane | 21-cr-245 | § 111(a)(1) and (b); § 1361 |
| Johnson, Paul | 21-cr-332 | § 111(a)(1) and (b) |
| Judd, David | 21-cr-40 | §§ 111(a)(1) and 2; § 111(a)(1) and (b); §§ 111(a)(1) and 2 |
| Klein, Federico | 21-cr-236 | § 111(a)(1) and (b) |
| Lang, Edward | 21-cr-53 | §§ 111(a)(1) and 2; §§ 111(a)(1) and 2; § 111(a)(1); § 111(a)(1); § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Languerand, Nicholas | 21-cr-353 | § 111(a)(1) and (b) |

| | | |
|---|---|---|
| Lazar, Samuel | 21-cr-525; 22-cr-71 | § 111(a)(1) and (b) |
| Mackrell, Clifford | 21-cr-276 | § 111(a)(1) |
| Mackrell, Michael | 21-cr-276 | § 111(a)(1) |
| McCaughey III, Patrick | 21-cr-40 | §§ 111(a)(1) and 2; § 111(a)(1) and (b) |
| McGrew, James | 21-cr-398 | § 111(a)(1); § 111(a)(1) |
| McHugh, Sean | 21-cr-453 | §§ 111(a)(1) and 2; § 111(a)(1) and (b); § 111(a)(1) and (b) |
| McKellop, Jeffrey | 21-cr-268 | Ten Counts of § 111(a)(1); Two Counts of § 111(a)(1) and (b) |
| Mellis, Jonathan | 21-cr-206 | § 111(a)(1) and (b) |
| Middleton, Jalise | 21-cr-367 | § 111(a)(1); § 111(a)(1) |
| Middleton, Mark | 21-cr-367 | § 111(a)(1); § 111(a)(1) |
| Miller, Matthew | 21-cr-75 | § 111(a)(1) |
| Morss, Robert | 21-cr-40 | §§ 111(a)(1) and 2; §§ 2111 and 2; §§ 111(a)(1) and 2 |
| Mullins, Clayton | 21-cr-35 | §§ 111(a)(1) and (b), and 2; § 111(a)(1); § 111(a)(1) |
| Nichols, Ryan | 21-cr-117 | § 111(a)(1) and (b) |
| Owens, Grady | 21-cr-286 | § 111(a)(1) and (b) |
| Owens, Jason | 21-cr-286 | § 111(a)(1); § 111(a)(1) |
| Padilla, Joseph | 21-cr-214 | § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Palmer, Robert | 21-cr-328 | § 111(a)(1) and (b) |
| Pezzola, Dominic | 21-cr-52 | § 111(a)(1); § 1361 |
| Quaglin, Christopher | 21-cr-40 | §§ 111(a)(1) and (2); § 111(a)(1); § 111(a)(1) and (b); § 111(a)(1) and (b); § 111(a)(1) and (b) |
| Randolph, Stephen | 21-cr-332 | §§ 111(a)(1) and (b), and 2; § 111(a)(1) |
| Sabol, Jeffrey | 21-cr-35 | §§ 111(a)(1) and (b), and 2; § 111(a)(1); § 111(a)(1) |
| Sandlin, Ronald | 21-cr-88 | Six Counts of §§ 111(a)(1) and 2 |
| Sandford, Robert | 21-cr-86 | § 111(a)(1) and (b) |
| Sargent, Troy | 21-cr-258 | § 111(a)(1) |

| Schwartz, Peter | 21-cr-178 | § 111(a)(1) and (b); <br> § 111(a)(1) and (b); <br> § 111(a)(1) and (b); <br> § 111(a)(1) and (b) |
|---|---|---|
| Shively, Barton | 21-cr-151 | § 111(a)(1); <br> § 111(a)(1); <br> § 111(a)(1) |
| Sibick, Thomas | 21-cr-291 | § 111(a)(1); |
| Stager, Peter | 21-cr-35 | §§ 111(a)(1) and (b), and 2; |
| Stevens, Tristan | 21-cr-40 | §§ 111(a)(1) and 2; <br> §§ 111(a)(1) and 2; <br> § 111(a)(1) and (b); <br> §§ 111(a)(1) and 2 |
| Warnagiris, Christopher | 21-cr-382 | § 111(a)(1) |
| Webster, Thomas | 21-cr-208 | § 111(a)(1) and (b) |
| Woods, Shane | 21-cr-476 | § 113(a)(4); <br> § 111(a)(1); <br> § 113(a)(5) |

To the extent the Konolds' conduct was less egregious than that of the defendants above, that distinction is already reflected in the offenses of conviction and the resulting guidelines range.

Undersigned counsel have not attempted to comprehensively catalogue every January 6 case involving a charge of 18 U.S.C. § 231(a)(3). However, even in just the first three letters of the alphabet, there are plentiful examples of § 231(a)(3) cases that *do not* have an accompanying assault charge; indeed, such cases often involve defendants who joined group efforts to push through police lines—exactly as the Konolds did here. *See, e.g.*, *United States v. Adams*, 22-cr-358; *United States v. Anderson*, 23-mj-233; *United States v. Antonio*, 21-cr-497; *United States v. Asbury*, 23-cr-236; *United States v. Baer*, 23-cr-236; *United States v. Baugh*, 22-cr-313; *United States v. Boele*, 22-cr-11; *United States v. Bournes*, 23-cr-35; *United States v. Bray*, 23-cr-306; *United States v. Brett*, 22-cr-11; *United States v. Brown*, 22-cr-170; *United States v. Bru*, 21-cr-352; *United States v. Cantwell*, 21-cr-89; *United States v. Cooke*, 22-cr-52; *United States v. Crowley*, 23-cr-45.

4

In any event, the § 3553(a) factors do not require the Court to engage in a counting exercise of the kind the defendant's list invites. The defendants should be sentenced based on the unique facts of their own case, with due consideration given to the sentencing guidelines. Accordingly, for the reasons argued in the government's sentencing memorandum (ECF 239), the court should sentence both Konolds to custodial sentences.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:  /s Conor Mulroe
Conor Mulroe
NY Bar Number 5289640
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 330-1788
conor.mulroe@usdoj.gov

Andrew S. Haag
   MA Bar Number 705425
Samantha R. Miller
   NY Bar Number 5342175
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 252-7755
andrew.haag@usdoj.gov